**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ABRAM ALLEN HEFLIN,                                                                                    PLAINTIFF
ADC #133051

V.                                           No. 4:11CV00730 JLH-HDY

WOODWARD, Sergeant, Faulkner
County Detention Center                                                                               DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Faulkner County Detention Center are DISMISSED WITH PREJUDICE, and the name of the Faulkner County Detention Center is removed as a party defendant.

DATED this 1st day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE