## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

ABRAM ALLEN HEFLIN                                                                               PLAINTIFF
ADC #133051

V.                                      4:11CV00730 JLH/HDY

FAULKNER COUNTY
DETENTION CENTER *et al.*                                                DEFENDANTS

## **ORDER**

For good cause shown, Defendant's motion to extend the time to file a dispositive motion (docket entry #27) is GRANTED, and any such motion is due no later than July 30, 2012.

IT IS SO ORDERED this   13   day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE