# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ABRAM ALLEN HEFLIN                                                                                                PLAINTIFF
ADC #133051

v.                                        No. 4:11CV00730 JLH

FAULKNER COUNTY DETENTION
CENTER, *et al.*                                                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant's motion for summary judgment (docket entry #33) is GRANTED, and plaintiff's complaint is DISMISSED WITH PREJUDICE.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of September, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE