IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ABRAM ALLEN HEFLIN                                                                                PLAINTIFF
ADC #133051

v.                                              No. 4:11CV00730 JLH

FAULKNER COUNTY DETENTION
CENTER, *et al.*                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of September, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE